Argued and submitted March 10, reversed and remanded for reconsideration in part; otherwise affirmed June 28, 1995

Barbara PETERSEN,
dba Husband's Plumbing,
*Petitioner,*

*v.*

EMPLOYMENT DEPARTMENT,
*Respondent.*

(93-T-0078A; CA A84588)

898 P2d 222

.

Jeffrey E. Potter argued the cause for petitioner. With him on the brief were Jack A. Gardner and Lombard, Gardner, Honsowetz, Potter & Budge.

Stephen L. Madkour, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

**PER CURIAM**

This is the companion case to *Petersen v. Employment Dept. (A84589)*, 135 Or App 344, 898 P2d 210 (1995). With the exception that this case did not involve the provision of services before October 4, 1989, the material facts and issues presented in this case are identical to those in that case. We adopt and reiterate our analysis in *Petersen* pertaining to the period October 4, 1989 through December 31, 1992.

Assessment for services provided by Jones, David, and Smith reversed and remanded for reconsideration; otherwise affirmed.